PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Ralph Edward Cloud, Sr.**

**Docket No. 0:01CR00156-1(JMR)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Ralph Edward Cloud, Sr.,** who was sentenced for Assault Resulting in Serious Bodily Harm on April 9, 2003, by the Honorable James M. Rosenbaum, sitting in the court at Minneapolis, Minnesota, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug and alcohol aftercare including testing
- Domestic Violence Offender Rehabilitation Program
- No contact with victim
- Mental health aftercare
- 10-15-2003: Conditions were modified to include up to 120 days CCC placement
- 10-19-2004: Conditions were modified to suspend no contact with victim

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

LAW VIOLATION: The defendant shall not commit another federal, state, or local crime.

On December 6, 2004, Mr. Cloud was convicted in Beltrami County, Minnesota, District Court on a third degree DWI Refusal to Test. He was sentenced to 1 year which was stayed, 3 years unsupervised probation, 15 days jail with credit for 3 days served, $750 fine, and $96 court costs. Conditions of probation include: complete a CD assessment in 30 days and follow the recommendations, abstain from alcohol and/or drugs, do not enter establishments that sell alcohol, submit to random drug testing, and attend a MADD panel. A hearing has been scheduled for July 15, 2005, regarding whether he is in compliance with supervision conditions.

SCANNED
MAR 02 2005
U.S. DISTRICT COURT ST. PAUL

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

> The defendant shall participate for a period of 90 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

ORDER OF THE COURT

Considered and ordered this 1st day of March, 2005, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Joan L. White
U.S. Probation Officer

Executed on February 28, 2005
Place Bemidji

c: United States Sentencing Commission