PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Ralph Edward Cloud, Sr.**

**Docket No. 0:01CR00156-001(JMR)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Ralph Edward Cloud Sr.** who was sentenced for Assault Resulting in Serious Bodily Harm on April 9, 2003, by the Honorable James M. Rosenbaum, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug and alcohol aftercare
- Domestic violence offender rehabilitation program
- No contact with victim (10-19-2004: Condition suspended)
- Mental health aftercare
- 10-16-2003: Conditions modified to include up to 120 days community confinement center
- 3-1-2005: Conditions modified to include 90 days home detention with electronic monitoring

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

On March 31, 2005, the defendant was arrested by the Red Lake Police Department and charged with Liquor Violation and Disorderly Conduct. The defendant was a passenger in a vehicle that was stopped by an officer with the Red Lake Police Department for traffic violations. According to the Red Lake courts, this case is pending.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following:

SCANNED
APR 21 2005
U.S. DISTRICT COURT MPLS

The defendant shall Abstain from the Use of Alcohol and Other Intoxicants and not Frequent Establishments Whose Primary Business is the Sale of Alcoholic Beverages.

ORDER OF THE COURT

Considered and ordered this 20th day of April, 2005, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Joan L. White by PMJ

Joan L. White
U.S. Probation Officer

Executed on April 19, 2005
Place Bemidji

c: United States Sentencing Commission