Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Ralph Edward Cloud Sr

Docket No. 0:01CR00156-001(JMR)

**HEARING WAIVER**

I, Ralph Edward Cloud Sr, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

Signed: ______________________
Ralph Edward Cloud Sr
Supervised Releasee

Dated: Apr. 5th, 2005

Witness:

______________________
Joan L. White
U.S. Probation Officer

SCANNED
APR 21 2005
U.S. DISTRICT COURT MPLS