PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Ralph Edward Cloud, Sr.**

**Docket No. 0:01CR00156-001(JMR)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Ralph Edward Cloud Sr.** who was sentenced for Assault Resulting in Serious Bodily Harm on April 9, 2003, by the Honorable James M. Rosenbaum, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug and alcohol aftercare
- Domestic violence offender rehabilitation program
- No contact with victim (10-19-2004: condition suspended)
- Mental health aftercare
- 10-16-2003: Conditions modified to include up to 120 days community confinement center
- 3-1-2005: Conditions modified to include 90 days home detention with electronic monitoring
- 4-20-2005: Conditions modified to include abstain from use of alcohol and not frequent establishments

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

On December 6, 2004, the defendant was convicted in Beltrami County, Minnesota, District Court for Third Degree DWI Refusal to Test. On March 1, 2005, the Court ordered that the conditions of supervised release be modified to include 90 days home detention with electronic monitoring as a result of this violation. Although the defendant initially agreed to home detention, he has been unable to comply as he has not been able to secure long distance service due to a large unpaid phone bill. A 90-day halfway house placement in lieu of home detention appears to be more suitable for his situation.

SCANNED
MAY 4 2005
U.S. DISTRICT COURT MPLS

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a period of 90 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility. This confinement will be in lieu of the 90 days home detention previously imposed on March 1, 2005.

ORDER OF THE COURT

Considered and ordered this 5th day of May, 2005, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

Joan L. White
U.S. Probation Officer

Executed on April 29, 2005
Place Bemidji