PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

RECEIVED
MAR 30 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Ralph Edward Cloud, Sr.**

**Docket No. 0:01CR00156-001(JMR)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Ralph Edward Cloud Sr.** who was sentenced for Assault Resulting in Serious Bodily Harm, on April 9, 2003, by the Honorable James M. Rosenbaum, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug and alcohol aftercare
- Domestic violence offender rehabilitation program
- No contact with victim (This condition was suspended October 19, 2004)
- Mental health aftercare

On October 16, 2003, conditions of supervision were modified to include:

- 120-day community confinement center placement

On March 1, 2005, conditions of supervision were modified due to new criminal activity to include:

- 90 days home detention with electronic monitoring

On April 20, 2005, conditions of supervision were modified due to new criminal activity to include:

- Abstain from alcohol and do not frequent establishments

On May 5, 2005, conditions of supervision were modified due to the inability to comply with the 90-day home confinement to include:

- 90 days community confinement center placement in lieu of the 90 days home detention with electronic monitoring ordered on March 1, 2005

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

SCANNED
MAR 30 2006
U.S. DISTRICT COURT MPLS

SPECIAL CONDITION: The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

On January 7, 2006, the defendant was arrested by Red Lake police officers and charged with DUI, DUI Refusal, Reckless Driving, Speeding, Liquor Violation, and Disorderly Conduct. According to the police report, the defendant was the driver of a vehicle that was stopped for speeding. He refused to take a breath test or comply with sobriety tests. Alcohol was taken from the floor of the vehicle. The officer smelled alcohol on the defendant's breath and noted that his eyes were bloodshot and watery. On March 15, 2006, the defendant pled guilty and was released from custody to inpatient treatment. Upon completion of treatment, he will be returned to custody and await sentencing.

On August 23, 2005, the defendant was cited for Driving After Revocation in Beltrami County, Bemidji, Minnesota. On January 20, 2006, a warrant was issued for failure to appear.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall reside for a period of 120 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

ORDER OF THE COURT

Considered and ordered this 28th day of March, 2006, and ordered filed and made a part of the records in the above case.

Honorable James M. Rosenbaum
Chief U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

for Joan L. White
U.S. Probation Officer

Executed on March 27, 2006
Place Bemidji

c: United States Sentencing Commission