Prob 49

RECEIVED
MAR 30 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

United States v. Ralph Edward Cloud Sr

Docket No. 0:01CR00156-001(JMR)

## HEARING WAIVER

I, Ralph Edward Cloud Sr, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall reside for a period of 120 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

Signed:

Ralph Edward Cloud Sr
Supervised Releasee

Dated: Mar. 20th, 2006

Witness:

Joan L. White
U.S. Probation Officer

SCANNED
MAR 30 2006
U.S. DISTRICT COURT MPLS